

# Fourth Court of Appeals
## San Antonio, Texas

August 23, 2019

No. 04-19-00466-CR

Scott R. **WHEELOCK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B18291
Honorable Rex Emerson, Judge Presiding

# O R D E R

On August 12, 2019, appellant filed a motion for an extension of time to file his appellate brief. Appellant asserts in his motion that the deadline for him to file his brief is August 26, 2019; however, the deadline has not yet been set. Rule 38.6 of the Texas Rules of Appellate Procedure provides, as applicable here: "[A]n appellant must file a brief within 30 days . . . after the later of: (1) the date the clerk's record was filed; or (2) the date the reporter's record was filed." TEX. R. APP. P. 38.6(a). Because neither the clerk's record or the reporter's record has been filed in this appeal, the deadline for appellant to file his brief has not been set. The clerk's record and the reporter's record are currently due to be filed on August 26, 2019. We, therefore, DENY appellant's motion for an extension of time because it is moot.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of August, 2019.



KEITH E. HOTTLE,
Clerk of Court